## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bruce Johnson et. al. | |
| v. | |
| Richard J. Lewis, III | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Bruce Johnson, Edward McCarthy, William Rinn III, and Douglas Wilson

```
FILED
JUNE 2, 2008                          YM
08CV3164
JUDGE DOW
MAGISTRATE JUDGE SCHENKIER
```

| NAME (Type or print) |
|---|
| Michael L. Molinaro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael L. Molinaro |

| FIRM |
|---|
| Loeb & Loeb LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark, Suite 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183321 | 312 464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐