## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bruce Johnson et. al. | FILED |
| | JUNE 2, 2008          YM |
| v. | 08CV3164 |
| | JUDGE DOW |
| Richard J. Lewis, III | MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Bruce Johnson, Edward McCarthy, William Rinn III, and Douglas Wilson

| NAME (Type or print) |
|---|
| Blair R. Zanzig |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Blair R. Zanzig |

| FIRM |
|---|
| Loeb & Loeb LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark, Suite 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273293 | 312 464-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐