**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**


Bruce Johnson, et al.

                         Plaintiff,

v.                                                       Case No.: 1:08–cv–03164
                                                         Honorable Robert M. Dow Jr.

Richard J. Lewis III

                         Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 10, 2008:


        MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing date of
8/5/08 is stricken and Status hearing reset for 8/4/2008 at 09:15 AM.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.