AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7/16/2008 |
| NAME OF SERVER *(PRINT)* <br> Eric Lee Roybal | TITLE <br> Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   9701 Fair Oaks Boulevard, Fair Oaks, CA 95628

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL <br> $0.00 | SERVICES <br> $450.00 | TOTAL <br> $450.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/17/2008
               Date             *Signature of Server*

                                       2625 Carmichael Way, Apt 9, Carmichael, CA 95608
                                                      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF PLACER     )

On July 17, 2008, before me, Sharon Walter, a Notary Public, State of California, appeared ERIC L. ROYBAL, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SHARON WALTER
Notary Public, State of California



SHARON WALTER
COMM. #1781166
NOTARY PUBLIC CALIFORNIA
PLACER COUNTY
EXP. NOV 19, 2011