UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE JOHNSON, EDWARD McCARTHY, WILLIAM RINN III, and DOUGLAS WILSON, | ) ) ) ) | Case No.: 08-cv-3164 |
| Plaintiffs | ) ) | Hon. Robert M. Dow, Jr. |
| | ) | Presiding Magistrate Judge Schenkier |
| v. | ) ) | |
| RICHARD J. LEWIS III | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, August 28, 2008** at **9:15 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow Jr., or any other judge sitting in his stead, in Courtroom 1919, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a),** a copy of which has been served upon you.

Dated: August 22, 2008

Respectfully submitted,

BRUCE JOHNSON, EDWARD MCCARTHY, WILLIAM RINN, III, AND DOUGLAS WILSON

By: s/ Blair R. Zanzig
        One of Their Attorneys

Michael L. Molinaro (ARDC No.:  6183321)
  mmolinaro@loeb.com
Blair R. Zanzig (ARDC No.: 6273293)
  bzanzig@loeb.com
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111

*Counsel for Plaintiffs Bruce Johnson, Edward McCarthy, William Rinn III, and Douglas Wilson.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2008, a copy of the foregoing **Notice of Motion** was served on Defendant via first class, United States mail, postage prepaid at the following addresses:

Mr. Richard J. Lewis III
4400 Fair Oaks Blvd.
Sacramento, CA 95864-5334

Mr. Richard J. Lewis III
900 Steven Oaks Lane
Sacramento, CA 95864

s/ Blair R. Zanzig

CH45217.1