UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bruce Johnson, et al.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−03164
                                            Honorable Robert M. Dow Jr.

Richard J. Lewis III
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiffs Bruce Johnson, Edward McCarthy, William Rinn, III, Douglas Wilson for entry of default[12] against defendant Lewis for failure to appear, answer or otherwise plead to the complaint is granted. Prove−up set for 9/18/08 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.